# DECISIONS

IN

# CASES NOT REPORTED IN FULL.

---

## THIRD DEPARTMENT, JANUARY TERM, 1899.

The People of the State of New York, Respondent, v. Agnes Shaver, Appellant.— Judgment of conviction affirmed.—
PUTNAM, J.: In this case the questions raised are substantially the same as in *People* v. *Edwin Shaver* (*ante,* p. 21). It was also claimed in this case that the original judgment and sentence was void for uncertainty, because it fixed no place of imprisonment, and that the Court of Sessions had no power to modify the judgment of a Court of Special Sessions by adding the words "in the county jail of Delaware county." Under the provisions of the Code of Criminal Procedure, I should say there could be no doubt as to the power of the court below to modify the judgment rendered by the justice by adding the words in question. I think the same disposition should be made of this case as in that of *People* v. *Edwin Shaver.*

Delos L. Basler, Appellant, v. Harrison Hadsell, Respondent, Impleaded with Others.— Judgment affirmed, with costs. No opinion. All concurred.

Rhoda A. Costlow, Respondent, v. The Town of Lewis, Appellant.— Judgment and order affirmed, with costs. No opinion. All concurred.

Olif Dussault, Appellant, v. The President, Managers and Company of the Delaware and Hudson Canal Company, Respondent. — Judgment affirmed, with costs. No opinion. All concurred, except Putnam, J., not sitting.

The Empire State Insurance Company of New York, Appellant, v. The Central Vermont Railroad Company and Others, Respondents. The Continental Insurance Company of New York, Appellant, v. The Same, Respondents. The London Assurance Corporation, Appellant, v. The Same, Respondents. The Lancashire Insurance Company, Appellant, v. The Same, Respondents. The Phœnix Assurance Company of London, Appellant, v. The Same, Respondents. The Springfield Fire and Marine Insurance Company, Appellant, v. The Same, Respondents.— Judgment in each case affirmed, with costs, upon the authority of *Liberty Insurance Co.* v. *Central Vermont R. R. Co.* (19 App. Div. 509); *North British & Mercantile Insurance Co.* v. *Central Vermont R. R. Co.* (9 id. 4). No opinion. All concurred.

Mattie C. Judd, Respondent, v. The Cooperstown and Charlotte Valley Railroad Company, Appellant.— Judgment and order affirmed, with costs. No opinion. All concurred.

Willard Lester. as Administrator, etc., of Chauncey L. Williams, Deceased, Appellant, v. Benjamin F. Bloomfield, Respondent.— Judgment affirmed, with costs. No opinion. All concurred.

In the Matter of the Application of John B. French, Overseer of the Poor of the City of Ithaca, N. Y., for a Mandamus against James S. Lyke, Superintendent of the Poor of Tompkins County, N. Y.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

In the Matter of the Judicial Settlement of the Accounts of Joseph Bolton, Sr., Deceased, etc.— Decree of Surrogate's Court affirmed, without costs. No opinion. All concurred.

Robert H. Moore and John Zimmerman, Appellants, v. Julia L. Baker, Respondent.— Judgment affirmed, with costs. No opinion. All concurred.

The People of the State of New York, Respondent, v. William R. Shaw, Appellant.— Judgment of conviction affirmed. No opinion. All concurred.

Eva M. Southwick, Respondent and Appellant, v. De Witt C. Jones and Margaret Jones, Appellants and Respondents.— Judgment affirmed, with costs. No opinion. All concurred.

Fred Starkins, Respondent, v. The City of Ithaca, Appellant.— Judgment and order affirmed, with costs. No opinion. All concurred.

John C. Temple and Dwight W. Temple; Appellants, v. Mary J. Varney, Respondent.— Judgment affirmed, with costs. No opinion. All concurred.

Daniel H. Thayer, Respondent, v. Horatio Brown, Appellant.— Judgment and order affirmed, with costs. No opinion. All concurred.

Josephine True, as Administratrix, etc., of Charles R. True, Deceased, Respondent, v. The Lehigh Valley Railroad Company, Appellant.— Judgment and order affirmed, with costs. No opinion. All concurred, except Herrick, J., dissenting.

Robert E. Webb, Respondent, v. The Long Island Mutual Fire Insurance Corporation, Appellant.— Judgment affirmed, with costs. No opinion. All concurred.

Walter C. Witherbee and Annie E. Witherbee, Respondents, v. Frank S. Witherbee and Others, Defendants; Wallace T. Foote, Jr., and Another. Appellants. — Interlocutory judgment affirmed, with costs. No opinion. All concurred.

Harvey Wood, Respondent, v. Whitehead Brothers Company, Appellant.— Judgment affirmed, with costs. No opinion. All concurred.

Francis Bishop, Appellant, v. City of Gloversville, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

Apolonia Fejdowski, as Administratrix, etc., of Wincenty Fejdowski, Deceased, Appellant, v. The President, Managers and Company of the Delaware and Hudson Canal Company, Respondent.— Order reversed, with costs, and motion denied. No opinion. All concurred, except Herrick, J., dissenting, and Putnam, J., not sitting.

The Graves Elevator Company, Respondent, v. Michael J. Callinan, Appellant.— Judgment affirmed, with costs. No opinion. All concurred.

Frederick Hinckel, Respondent, v. Jennie B. Stevens, Appellant.— Motion denied.

Lizzie E. Howell, Respondent, v. David T. Howell, Appellant.— Order affirmed, with